Pro Se 14 (Rev. 09/16) Complaint for Violation of Civil Rights (Prisoner)

FILED
2017 MAY 18 A 10: 58
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA

Samuel V. Smith
_____
Plaintiff
*(Write your full name. No more than one plaintiff may be named in a complaint.)*

-v-

Talladega County Tast Force
29th Judicial System
Judge Jeb Fannin & Judge King
_____
Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all of the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here. Your complaint may be brought in this court only if one or more of the named defendants is located within this district.)*

Case No. _____
*(to be filled in by the Clerk's Office)*

1:17-cv-00816-KOB-SGC

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee of $400.00 or an Application to Proceed *In Forma Pauperis*.

Mail the original complaint and the filing fee of $400.00 or an Application to Proceed *In Forma Pauperis* to the Clerk of the United States District Court for the Northern District of Alabama, Room 140, Hugo L. Black U.S. Courthouse, 1729 5th Avenue North, Birmingham, Alabama 35203-2195.

---

1

## I. The Parties to this Complaint

### A. The Plaintiff

Provide the information below for the plaintiff named in the complaint.

Name: Samual V. Smith
All other names by which you have been known:
ID Number: 1141
Current Institution: Talladega County Jail
Address: P.O. Box 13
Talladega, Ala 35161
City / State / Zip Code

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Jeb Finnin
Job or Title *(if known)*: Judicial Judge 29 Judicial System
Shield Number:
Employer: Talladega County Courthouse
Address: 29th Judicial System
Talladega, Alabama 35161
City / State / Zip Code

☐ Individual Capacity   ☒ Official Capacity

Defendant No. 2
Name: J. King
Job or Title *(if known)*: 29th Judicial Court System
Shield Number:
Employer: Talladega County Courthouse
Address: 29th Judicial System
Talladega, Ala 35161
City / State / Zip Code

☐ Individual Capacity   ☒ Official Capacity

2

Defendant No. 3

    Name: *Tast Force of Talladega*

    Job or Title *(if known)*: *Tast Force 29th Judicial*

    Shield Number:

    Employer:

    Address: *29th Judicial System Tast*
    *Talladega*, *Ala* *35161*
    City / State / Zip Code

    ☐ Individual Capacity    ☑ Official Capacity

Defendant No. 4

    Name: *Aaron Green*

    Job or Title *(if known)*: *Investagator*

    Shield Number:

    Employer:

    Address: *Talladega County Sheriff Office*
    *Talladega*, *Al* *35161*
    City / State / Zip Code

    ☐ Individual Capacity    ☑ Official Capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal law]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

    ☐ Federal officials (a *Bivens* claim)

    ☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities, secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

*Restraint of Liberty, Illegally Detained, Unusual Punishment of Pretrial detainee In Violation of Plaintiff 4th, 5th, 8th, 14th Amendments*

3

C. Plaintiffs suing under *Bivens* may only recover for violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

N-A

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Restraint of My Liberty, All Above Envolve Acting Under Color of Law

### III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☒ Pretrial Detainee

☐ Civilly committed detainee

☐ Immigration detainee

☐ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other
(explain)

### IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

Plaintiff Was Illeanlly Arrested And Detained And Restraint of Liberty - 4-28-2017

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

N-A

4

C. What date and approximate time did the events giving rise to your claim(s) occur?

4-28-2017, 9:00 AM

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Illegally Detained, All the Above Etc,

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries in detail.

N-A

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I ask That This Court Show And Give Plaintiff A Fair And Understanding of Why And how He is being Detain And Restraint of his Liberty, And Show that It was done According to Law And that A Judicial determination was made based on The Arrest.

5

VII. **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☐ Yes
☒ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). N/A

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐ Yes
☒ No
☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes
☒ No
☐ Do not know

If yes, which claim(s)? N/A

6

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes
☑ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes
☑ No

E. If you did file a grievance:

1. Where did you file the grievance? N-A

2. What did you claim in your grievance? N-A

3. What was the result, if any? N-A

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

N-A

7

F.  If you did not file a grievance:

  1. If there are any reasons why you did not file a grievance, state them here:

     N/A

  2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

     N/A

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

     N/A

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had any cases dismissed based on grounds that it was frivolous, malicious, or failed to state a claim upon which relief may be granted?

☐ Yes
☒ No

If yes, state which court dismissed your case(s), when this occurred, and attach a copy of the order(s) if possible.

N/A

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes
☑ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) _____N/A_____

   Defendant(s) _____N/A_____

2. Court *(if federal court, name the district; if state court, name the county and State)*

   _____X_____

3. Docket or index number

   _____X_____

4. Name of Judge assigned to your case

   _____X_____

5. Approximate date of filing lawsuit

   _____

6. Is the case still pending?

   ☐ Yes
   ☑ No

   If no, give the approximate date of disposition. _____N/A_____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _____N/A_____

9

**IX. Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Printed Name of Plaintiff: Samuel V. Smith
Prison Identification #: 11141
Prison Address: P.O. Box B
City: Talladega  State: Al  Zip Code: 35161

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 5-16-17 (Date)

X Samuel V. Smith
Signature of Plaintiff

10

The charges whatsoever only have the Defendant illegally Detained the Plaintiff And Restraint Plaintiff of his Liberty.

On 4-28-2017 In Talladega, Al. In Talladega County the States Named Defendants Arrested the Plaintiff, in Which Ledd to Illegal Detained Being Restraint of liberty.

## Claim #1

On 4-28-2017 the Names Defendants Herein of the States willfully and Intentionally Violated and Disregarded Plaintiff, & the Plaintiff constitutional right Under the Fourth Amendment where As the Plaintiff was secured and Protected which Provides the States to Provides A fair And Reliable determination of Probable cause As A condition for any significant Pretrial Detainie In Restraint of Liberty. Furthermore the Probable cause determination must be made by Judicial officer Either before or Promptly After Arrest. Defendants failed to do so As A Resulted Plaintiff Restraint of Liberty

## Claim #2

On 4-28-2017 when the Named defendants Herein Willfully violated Plaintiff Constitutional Rights and Restraint Plaintiff of his Liberty. Defendants also

violated Plaintiff fifth Amendment Right which Provides No Person shall be held to Answer for A capital or otherwise Infamous Crime Unless on Presentment or Indictment of A Grand Jury. The Records will Reflect Defendants Did Not And Have not Presented or served Plaintiff with Any Copies or legal Documents of the charge or charges whatsoever, Only have the Defendants Illegally Detained the Plaintiff And Restraint Plaintiff of his Liberty.

## Claim #3

On 4-28-2017 when the defendants violated And disregarde Plaintiff Fourth And fifth constitutional Rights, Defendants Also violated Plaintiff Constitional Rights of the fourteenth Amendment which Provides Nor shall Any states deprives Any person of his Liberty without due Process of Law nor deny Any Person Equal Protection of Law, State or Federal.

These Constitutional Violations Herein by the Named Defendants herein Have Ledd to The Plaintiff being Illegally detained and Restraint of his Liberty All of his Liberties which is the Plaintiff Key Factor And Sole Claim of the Federal Constitution and Amendments. Herein, because of these Constitution Violations Herein being held Restrained of Liberty has caused the Plaintiff to suffer the following: Enjoyment of Life, Business, Automobile, Job And Relationships.    Executed on 5 16 17/SVS7